112

UNITED STATES of America, Appellant, v. Frank DESMOND, Administrator of the Estate of Frank C. Desmond, Deceased, James S. Crain, et al., Appellees.

No. 10948.

Circuit Court of Appeals, Ninth Circuit.

Dec. 20, 1944.

Frank J. Hennessy, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal., for appellant.

Royal E. Handlos, of San Francisco, Cal., for appellee.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.

UNITED STATES of America v. C. B. GODDARD et al.

No. 2967.

Circuit Court of Appeals, Tenth Circuit.

Dec. 23, 1944.

J. Edward Williams, Acting Asst. Atty. Gen., and Cleon A. Summers, U. S. Atty., of Muskogee, Okl., for appellant.

H. A. Ledbetter, Sigler & Jackson, Stephen A. George, R. A. Howard, and Ezra Dyer, all of Ardmore, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Reversed and remanded for further proceedings not inconsistent with the opinion of the Supreme Court of the United States in United States of America v. D. B. Hellard, 64 S.Ct. 985.

UNITED STATES of America v. Joseph McCURRY.

No. 3086.

Circuit Court of Appeals, Tenth Circuit.

Dec. 1, 1944.

Charles E. Dierker, U. S. Atty., of Oklahoma City, Okl., and Charles L. Chalender, Department of Justice, of Springfield, Mo., for appellant.

Scott P. Squyres and J. Cal Counts, both of Oklahoma City, Okl., for appellee.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Docketed and dismissed pursuant to stipulation.